IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLEN J. WHITNEY** and **CHRISTINA M. WHITNEY,** | : CIVIL ACTION NO. 1:07-CV-0089 |
| | : **(Judge Conner)** |
| Plaintiffs, | : |
| v. | : |
| **JOSEPH MARUT, ROBERT S. STOUD,** and **JOHN HAGERTY,** | : |
| Defendants | : |

## ORDER

AND NOW, this 11th day of April, 2008, upon consideration of the praecipe to discontinue the above-captioned action (Doc. 27), which requests that all claims against defendants Joseph Marut and Robert S. Stoud be dismissed with prejudice, and it appearing that defendants have concurred in this request, it is hereby ORDERED that:

1. The praecipe to discontinue (Doc. 27) is CONSTRUED as a motion for voluntary dismissal by order of court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The motion is GRANTED as so construed. All claims against defendants Joseph Marut and Robert S. Stoud are DISMISSED with prejudice.

2. The Clerk of Court is instructed to CLOSE this case.

                                        S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge